LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
SIRIA L. GUTIERREZ, Esq.
Nevada Bar No. 11981
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
kanderson@lipsonneilson.com
sgutierrez@lipsonneilson.com

*Attorneys for Defendant*
*The Bluffs Village II*
*Community Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| NATIONSTAR MORTGAGE LLC, | CASE NO.: 2:15-cv-01472-JCM-CWH |
|---|---|
| Plaintiff. | |
| vs. | **STIPULATION TO EXTEND TIME FOR DEFENDANT THE BLUFFS VILLAGE II COMMUNITY ASSOCIATION TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |
| THE BLUFFS VILLAGE II COMMUNITY ASSOCIATION; KEYNOTE PROPERTIES, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that Defendant THE BLUFFS VILLAGE II COMMUNITY ASSOCIATION shall have through and including **September 7, 2015**, within which to file and serve a response to Plaintiff's Complaint. This is the first request for extension from the original due date of August 27, 2015.

Pursuant to Local Rule 6-1(b), the parties state the reason for the continuance is that The Bluffs Village II Community Association requires more time to evaluate and to respond to Nationstar Mortgage, LLC's Complaint. The parties have entered into an

agreement in good faith and not for purposes of delay. This is the parties' way of accommodating one another given the overall increase in litigation in this area of law.

Dated this 26th day of August, 2015.

AKERMAN LLP

By:    */s/ Donna M. Wittig*
      ARIEL E. STERN, ESQ.
      Nevada Bar No. 8276
      DONNA M. WITTIG, ESQ.
      Nevada Bar No. 11015
      1160 Town Center Drive, Suite 330
      Las Vegas, NV 89144
      (702) 634-5000
      *Attorney for Plaintiff*
      *Nationstar Mortgage, LLC*

Dated this 26th day of August, 2015

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By:    */s/ Kaleb D. Anderson*
      KALEB D. ANDERSON, ESQ.
      Nevada Bar No. 7582
      SIRIA L. GUTIERREZ, ESQ.
      Nevada Bar No. 11981
      9900 Covington Cross Dr., Suite 120
      Las Vegas, NV 89144
      *Attorneys for Defendant*
      *The Bluffs Village II*
      *Community Association*

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

**ORDER**

IT IS SO ORDERED.

DATED this __27th__ day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.


By: ___/s/ Kaleb D. Anderson___
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
SIRIA L. GUTIERREZ, ESQ.
Nevada Bar No. 11981
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
*Attorneys for Defendant*
*The Bluffs Village II*
*Community Association*

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500   FAX: (702) 382-1512