UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No. 2:15-CR-1472 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| THE BLUFFS VILLAGE II COMMUITY ASSOCIATION, et al., | |
| Defendant(s). | |

Presently before the court is defendant The Bluffs Village II Community Association's ("Bluffs Village") motion to dismiss for lack of jurisdiction. (ECF No. 16).

Plaintiff Nationstar Mortgage LLC's ("Nationstar") complaint seeks to invalidate Bluffs Village's foreclosure sale of a property, which purportedly extinguished Nationstar's beneficial interest in a mortgage loan with a principal balance of $207,595.74. Nationstar's complaint alleges, amongst other things, that Nevada Revised Statute 116.3116 is unconstitutional. (ECF No. 1 at 7–8).

A party who files a pleading, written motion, or other paper drawing into question the constitutionality of a state statute must promptly "file a notice of constitutional question stating the question and identifying the paper that raises it, if . . . the parties do not include the state, one of its agencies, or one of its officers or employees in an official capacity . . . ." FED. R. CIV. P. 5.1(a)(1)(B). Additionally, FRCP 5.1 requires the court to "certify to the appropriate attorney general that a statute has been questioned" under 28 U.S.C. § 2403. FED. R. CIV. P. 5.1(b). Section 2403 states that the court "shall permit the [s]tate to intervene for presentation of evidence, if

**James C. Mahan**
**U.S. District Judge**

1  evidence is otherwise admissible in the case, and for argument on the question of
2  constitutionality." 28 U.S.C. § 2403(b).

3      In light of the foregoing rule and statute, the court will deny defendants' motion without
4  prejudice to allow: (1) Nationstar to file a notice of constitutional question, (2) the court to comply,
5  and (3) the attorney general to intervene. The parties may renew their motions after the attorney
6  general has been afforded time to respond.

7      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant The Bluffs
8  Village II Community Association's motion to dismiss for lack of jurisdiction (ECF No. 16) be,
9  and the same hereby is, DENIED without prejudice.

10      IT IS FURTHER ORDERED that Nationstar Mortgage LLC shall promptly file a notice
11  of constitutional question, pursuant to Federal Rule of Civil Procedure 5.1(a)(1)(B).

12      IT IS FURTHER ORDERED that this court certifies to the Nevada attorney general that it
13  may rule on the constitutionality of the state statute at issue in this case, NRS 116.3116. The
14  attorney general shall have thirty (30) days within which to intervene on behalf of the state of
15  Nevada for presentation of argument on the question of the constitutionality of the statute.

16      IT IS FURTHER ORDERED that the clerk of court shall send a copy of this order by
17  certified mail to the Nevada attorney general.

18      DATED July 21, 2016.

                                                        UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**