ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
           brett.coombs@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC;<br><br>                         Plaintiff,<br><br>vs.<br><br>THE BLUFFS VILLAGE II COMMUNITY ASSOCIATION; KEYNOTE PROPERTIES, LLC; MRT ASSETS, LLC,<br><br>                         Defendants. | Case No.: 2:15-cv-01472-JCM-CWH<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

Plaintiff Nationstar Mortgage LLC (**Nationstar**), by and through its counsel of record, Akerman LLP, hereby provides notice that Donna M. Wittig, Esq., is no longer associated with the firm of Akerman LLP.  **Nationstar** requests that Ms. Wittig be removed from the Court's CM/ECF service list.

/ /

/ /

/ /

/ /

/ /

/ /

{39491741;1} 1

Akerman LLP will continue to represent **Nationstar** and requests that Ariel Stern, Esq. and Brett Coombs, Esq. receive all future notices.

Dated this 12th day of September, 2016.

        **Akerman LLP**

        */s/ Brett Coombs*
        ARIEL STERN, ESQ.
        Nevada Bar No. 8276
        BRETT M. COOMBS, ESQ.
        Nevada Bar No. 12570
        1160 Town Center Drive, Suite 330
        Las Vegas, Nevada 89144
        Telephone:  (702) 634-5000
        Facsimile:   (702) 380-8572
        Email:  ariel.stern@akerman.com
                brett.coombs@akerman.com

        *Attorneys for Plaintiff*

## COURT APPROVAL

IT IS SO ORDERED.

Dated this __13th__ day of September, 2016

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on the 12th day of September, 2016, I caused to be served a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL** in the following manner:

**(Electronic Service)** Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

| | |
|---|---|
| Joseph P. Garin, Esq.<br>Kaleb D. Anderson, Esq.<br>Siria L. Gutierrez, Esq.<br>**LIPSON, NEILSON, COLE, SELTZER & GARIN**<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>Telephone: (702) 382-1500<br>Facsimile: (702) 382-1512<br>Email: kanderson@lipsonneilson.com<br>Email: sgutierrez@lipsonneilson.com<br><br>*Attorneys for Defendant*<br>*The Bluffs Village II Community Association* | Aaron Ray Dean, Esq.<br>**THE DEAN LEGAL GROUP, LTD.**<br>725 S. 8th Street, Suite B<br>Las Vegas, Nevada 89101<br>Telephone: (702) 823-1354<br>Facsimile: (702) 823-2368<br>Email: adean@deanlegalgroup.com<br><br>*Attorneys for Defendant*<br>*Keynote Properties, LLC* |

                                        */s/ Carla Llarena*
                                        An employee of AKERMAN LLP