**MORRIS LAW CENTER**
SARAH A. MORRIS, ESQ.
Nevada Bar No. 8461
sarah@morrislawcenter.com
TIMOTHY A. WISEMAN, ESQ.
Nevada Bar No. 13768
tim@morrislawcenter.com
5450 W. Sahara Ave., Suite 330
Las Vegas, NV 89146
Telephone: (702) 850-7798
Facsimile: (702) 850-7998
*Attorneys for Defendant, Alam Investment*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br>vs.<br><br>THE BLUFFS VILLAGE II COMMUNITY ASSOCIATION; KEYNOTE PROPERTIES, LLC; MRT ASSETS, LLC; ALAM INVESTMENT,<br><br>Defendants. | Case No.:  2:15-cv-01472-JCM-CWH |

## JUDGMENT IN FAVOR OF ALAM INVESTMENT AND MOTION FOR SUMMARY JUDGMENT

The Court considered Cross-Motions for Summary Judgment filed by Plaintiff, Nationstar Mortgage, LLC ("Nationstar"), Defendant, The Bluffs Village II Community Association ("The Bluffs"), and Defendant, Alam Investment Ltd. Co. ("Alam"). (ECF 65, 68, 69) The Court issued its Order denying Nationstar's Motion for Summary Judgment, Granting Alam's Motion for Summary Judgment, and granting in part The Bluffs' Motion for Summary Judgment. (ECF 82). The Bluffs subsequently requested reconsideration or clarification of the portion of the Court's Order denying in part the

1                                        Steamboat

Bluffs' Motion for Summary Judgment. (ECF 83). The Court granted The Bluff's Motion for Reconsideration. (ECF 87). The reasoning in the Court's prior orders granting summary judgment in favor of Alam and The Bluffs is hereby incorporated by reference. (ECF 82, 87). In accordance with those orders the Court hereby enters the following Judgment:

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Alam's title to 1708 Steamboat Dr., Henderson, Nevada 89014, more particularly identified in the official records of the Clark County Recorder as APN: 178-04-310-084 ("the Property") is not encumbered by the deed of trust recorded as Instrument No. 20061005-0002124.

**IT IS FURTHER ORDERED** that the deed of trust recorded on October 5, 2006 as Instrument No. 20061005-0002124 and any other documents and/or instruments related thereto, including, but not limited to the subsequent assignment recorded as Instrument No. 20140909-0001214, were extinguished by the HOA foreclosure sale.

**IT IS FURTHER ORDERED** that Nationstar has no further interest in or to the Property.

**IT IS FURTHER ORDERED** that all claims by Nationstar against Alam and the Bluff's in this case are denied.

**IT IS FURTHER ORDERED** that, there being no just reason for delay, this Order, which incorporates the Court's prior orders by reference (ECF 82, 87) is certified as final pursuant to F.R.C.P. 54(b) and that all claims in this matter between Nationstar, Alam, and the Bluffs are hereby resolved.

. . .

. . .

. . .

1 **IT IS FURTHER ORDERED** that this Findings Order may be recorded with the Clark County Recorder upon entry of this order; however, this serves as notice that this order is subject to appeal.

Dated July 11, 2018.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT COURT JUDGE

| Respectfully submitted by | Reviewed and approved as to form and content by |
|---|---|
| MORRIS LAW CENTER<br><br>/s/ Sarah A. Morris<br>SARAH A. MORRIS, ESQ.<br>Nevada Bar No. 8461<br>TIMOTHY A. WISEMAN, ESQ.<br>Nevada Bar No. 13876<br>5450 W. Sahara Ave. Suite 330<br>Las Vegas, NV 89146<br>*Attorneys for Defendant, Alam Investment* | AKERMAN LLP<br><br>/s/ Rebekkah B. Bodoff<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>REBEKKAH B. BODOFF, ESQ.<br>Nevada Bar No. 12703<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for Plaintiff, Nationstar* |
| Reviewed and approved as to form and content by | |
| LIPSON NEILSON P.C.<br><br>/s/ Amber Williams<br>KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 7582<br>AMBER M. WILLIAMS, ESQ.<br>Nevada Bar No. 12301<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br>*Attorneys for Defendant, The Bluffs* | |