ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>THE BLUFFS VILLAGE II COMMUNITY ASSOCIATION; KEYNOTE PROPERTIES, LLC; MRT ASSETS, LLC; ALAM INVESTMENTS,<br><br>Defendants. | Case No.: 2:15-cv-01472-JCM-CWH<br><br>**ORDER TO RELEASE BOND** |
| KEYNOTE PROPERTIES, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC<br><br>Counterdefendant. | |

Presently before the court is the matter of *Nationstar Mortgage LLC v. The Bluffs Village II Community Association, et al.*, case number 2:15-cv-01472-JCM-CWH.

On March 30, 2016, the court ordered plaintiff to post a security bond for $500.00 [ECF No. 26]. On April 1, 2016, Akerman LLP posted a security bond on behalf of plaintiff Nationstar Mortgage LLC, receipt number NVLAS041345 for $500.00 [ECF No. 27].

1

51959820;1

On January 17, 2019, the court entered a judgment, closing the case [ECF No. 95]. As this matter is now concluded, the court will refund to Akerman LLP on behalf of plaintiff the $500.00 security bond, plus interest.

**IT IS SO ORDERED**.

Dated February 19, 2020.

_____
UNITED STATES DISTRICT JUDGE
Case No.: 2:15-cv-01472-JCM-CWH

*Respectfully submitted:*

**AKERMAN LLP**

*/s/ Melanie D. Morgan*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Nationstar Mortgage LLC*

51959820;1